**Jesse LEAKE, Plaintiff—Appellant,**

v.

**Wayne TALBERT;  Nurse Stewart;
Nurse Hardy;  Nurse Willis,
Defendants—Appellees.**

No. 03–7332.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 4, 2003.

Jesse Leake, Appellant pro se.  James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.  See Local Rule 36(c).

PER CURIAM.

Jesse Leake, a North Carolina inmate, appeals from the magistrate judge's report and recommendation that Leake's motion for a temporary restraining order or preliminary injunction be denied.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000);  Fed.R.Civ.P. 54(b);  *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).  The order appealed from is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*